IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KARYN BENSON,

    Plaintiff,

v.

                                        Case No. 07-14008-BC

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,                  Judge Thomas L. Ludington

    Defendant.

## DEFENDANT'S STATEMENT OF NO PROCEDURAL CHALLENGE IN ERISA CASE

Now comes Defendant, The Lincoln National Life Insurance Company ("Lincoln"), by and through undersigned counsel, and provides that it does not present any procedural challenges in this matter.

Respectfully submitted,

/s/ Todd A. Brenner
Todd A. Brenner
BRENNER LAW OFFICES
338 South High Street
Columbus, Ohio 43215
Phone  614.255.2007
Fax    614.255.2008
todd@tbrennerlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008 a copy of the foregoing Defendant's Statement of No Procedural Challenge in ERISA Case was filed electronically. Notice of this filing will be sent to all parties listed below through by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Todd A. Brenner
Todd A. Brenner

George Lewis
424 Petoskey Street
Petoskey, Michigan 49770
*Attorney for Plaintiff*